IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEVERLY RICHARDS OTT,                CIV. NO. S-06-1578 DFL GGH

    Plaintiff,

    v.                                ORDER RE DISPOSITION AFTER
                                      NOTIFICATION OF SETTLEMENT
UNITED STATES POSTAL SERVICE,

    Defendant.
_____/

The court has been advised by defendant's attorney, Bobbie J. Montoya, Esq., that this action has been settled as to plaintiff and the United States Postal Service. Therefore, it is not necessary that the action pertaining to these parties remain upon the court's active calendar.

Accordingly, IT IS ORDERED:

1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than November 14, 2006; and

//

1

1      2.   That all hearing dates previously set in this matter
2  are vacated.
3      IT IS SO ORDERED.
4  Dated: October 30, 2006

                                  /s/ David F. Levi
                                  DAVID F. LEVI
                                  United States District Judge