IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY RICHARDS OTT,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE,<br>McKINNEY AND ASSOCIATES,<br>CALDWELL BANKER,<br><br>        Defendants. | Case No. 2:06-CV-01578-DFL-GGH<br><br>ORDER OF DISMISSAL OF CLAIMS AGAINST DEFENDANT UNITED STATES POSTAL SERVICE PURSUANT TO STIPULATION BETWEEN PLAINTIFF BEVERLY RICHARDS OTT AND THE UNITED STATES OF AMERICA |

    This action, as it pertains to plaintiff's claims against defendant United States Postal Service, is hereby DISMISSED WITH PREJUDICE pursuant to Plaintiff Beverly Richards Ott's and the United States of America's Stipulation for Compromise Settlement, Releases and Dismissal filed herein on November 14, 2006. The Clerk of the Court shall enter the dismissal and release in the official docket.

    IT IS SO ORDERED.


DATED: November 15, 2006

/s/ David F. Levi
DAVID F. LEVI
Chief United States District Judge

Order of Dismissal of Claims Against Defendant
United States Postal Service Pursuant to Stipulation
Between Plaintiff Beverly Richards Ott and United
States of America [proposed]