KELLY L. LYNCH, ESQ. (CSB #: 176204)
LAW OFFICES OF THOMAS O'HAGAN
12009 Foundation Place, Suite 190
Gold River, CA 95670
(916) 294-1170
(916) 294-1189 Facsimile

Attorneys for Defendant
McKINNEY & ASSOCIATES INC., REALTORS dba
COLDWELL BANKER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY RICHARDS OTT,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br>MCKINNEY AND ASSOCIATES,<br>CALDWELL BANKER,<br><br>  Defendant<br>_____ | Case #:  2:06-CV-01578-RRB-PAN (JFM)<br><br>STIPULATION FOR DISMISSAL WITHOUT PREJUDICE |

  IT IS HEREBY STIPULATED, by and between plaintiff, Beverly Richards Ott, and defendant, McKinney And Associates/Caldwell Banker, and through and by their respective counsel as follows:

1.  The undersigned parties have reached a full and final settlement as to all causes of action herein and plaintiff has signed a Release and has received payment in full pursuant to the settlement agreement.

2.  The above-captioned matter has been resolved in its entirety and <u>Ott v. United States Postal Service, et al.,</u> should be dismissed forthwith without prejudice.

1 _____
Stipulation For Dismissal Without Prejudice/Order

PDF created with pdfFactory trial version www.pdffactory.com

Dated:                  By: _____/s/_____
                                       PAUL PALANT, ATTORNEY FOR PLAINTIFF
                                       BEVERLY ANN RICHARDS

Dated:                  By: _____/s/_____
                                       KELLY LYNCH, ATTORNEY FOR
                                       DEFENDANT, MCKINNEY AND
                                       ASSOCIATES/CALDWELL BANKER

## ORDER

GOOD CAUSE APPEARING, the above-captioned matter is dismissed without prejudice.

Dated: January 8, 2008

                                       /s/ Ralph R. Beistline_____
                                       UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com